# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00204-CV

**Winckler & Harvey, L. L. P., Appellant**

**v.**

**Tyson Don Dever, Appellee**

## FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
## NO. 05-1177, HONORABLE WILLIAM HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Winckler & Harvey, L.L.P., has informed the Court that appellant no longer wishes to pursue this appeal and has filed an unopposed motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellants' Motion

Filed: June 23, 2009